```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION
```

UNITED STATES OF AMERICA,

          CRIMINAL CASE NO.

v.

          1:13-cr-45-02-JEC-JSA

VICTOR ORTUNO-PENALOZA,

    Defendant.

**ORDER**

This case is before the Court on the Magistrate Judge's Report and Recommendation [187] recommending accepting defendant's plea of guilty tendered on August 29, 2013. No objections to the Report and Recommendation [187] have been filed.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [187] and **ACCEPTS** the defendant's plea of guilty as to Count One of the Indictment.

SO ORDERED this 23rd day of May, 2014.

                    /s/ Julie E. Carnes
                    JULIE E. CARNES
                    CHIEF U.S. DISTRICT JUDGE